```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                  Case No. 08-cr-44-PB

**Olivio Diaz**


**O R D E R**

    The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 3, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 28, 2008 final pretrial conference is continued to July 31, 2008 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 27, 2008

cc: Adam Bernstein, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal